Form B1 (Official Form 1) - (Rev. 1/08)                                    2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>T Asset Acquisition Company, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, ano trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    20-8898747 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>8455 Beverly Blvd., Suite 600<br>Los Angeles, CA<br>ZIP CODE  90048 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor (Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed<br>(Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this  form*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>Entertainment | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9    ☐ Chapter 12          of a Foreign Main Proceeding<br>               ☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>                          of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check **one** box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors: |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) |

| Statistical/Administrative Information | THIS SPACE FOR<br>COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Form B1 (Official Form 1) (Rev. 1/08)**                                    **2008 USBC, Central District of California**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>T Asset Acquisition Company, LLC | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>Halcyon Holding Group, LLC, dba The Halcyon Company | Case Number: | Date Filed: 8/17/09 |
| District:  Central District of California, Los Angeles | Relationship:  Affiliate | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)               Date |
|---|---|

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒  No | **Exhibit D**<br>(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
|---|---|

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)). |

Form B1 (Official Form 1) (Rev. 1/08)    2008 USBC, Central District of California

| Name of Debtor(s): | FORM B1, Page 3 |
|---|---|

## Voluntary Petition
*(This page must be completed and filed in every case)*

T Asset Acquisition Company, LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

### Signature of Attorney

X /s/ Scott F. Gautier
   Signature of Attorney for Debtor(s)

Scott F. Gautier
Printed Name of Attorney for Debtor(s)
Peitzman, Weg & Kempinsky LLP
Firm Name
10100 Santa Monica Blvd., Suite 1450
Address
Los Angeles, CA 90067

(310) 552-3100
Telephone Number

8/17/09          211742
Date             Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

Derek Anderson or Victor Kubicek
Printed Name of Authorized Individual

co-CEO
Title of Authorized Individual

8/17/09
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

❑   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

❑   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form B1 (Official Form 1) (Rev. 1/08)

2008 USBC, Central District of California

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 3 |
|---|---|---|
| *(This page must be completed and filed in every case)* | T Asset Acquisition Company, LLC | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Scott F. Gautier
Printed Name of Attorney for Debtor(s)
Peitzman, Weg & Kempinsky LLP
Firm Name
10100 Santa Monica Blvd., Suite 1450
Address
Los Angeles, CA 90067

(310) 552-3100
Telephone Number

8/17/09            211742
Date            Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Derek Anderson or Victor Kubicek
Printed Name of Authorized Individual
co-CEO
Title of Authorized Individual
8/17/09
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Scott F. Gautier (CA Bar 211742) / Monsi Morales (CA Bar 235520)
Peitzman, Weg & Kempinsky LLP
10100 Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067
Tel: (310) 552-3100 / Fax: (310) 552-3101

☒ *Attorney for:* T Asset Acquisition Company, LLC

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: T Asset Acquisition Company, LLC,

Debtor(s).

CASE NO.:

CHAPTER: 11

ADV. NO.:

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒  Petition, statement of affairs, schedules or lists       Date Filed: 8/17/09
☐  Amendments to the petition, statement of affairs, schedules or lists       Date Filed: _____
☐  Other: _____       Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____       8/17/09   _____
*Signature of Authorized Signatory of Filing Party*       Date

Derek Anderson or Victor Kubicek
_____
*Printed Name of Authorized Signatory of Filing Party*

co-CEO
_____
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____       8/17/09   _____
*Signature of Attorney for Filing Party*       Date

Scott F. Gautier
_____
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

## WRITTEN CONSENT OF SOLE MEMBER
## OF
## T ASSET ACQUISITION COMPANY, LLC

The undersigned member of T Asset Acquisition Company, LLC (the "Company"), being the sole member (the "Member") of the Company, hereby adopts the following resolutions, as authorized by applicable law and the Operating Agreement of the Company:

**WHEREAS**, the Member has determined that it is in the best interests of the Company, its creditors, member and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11, United States Code (the "Bankruptcy Code"); therefore, it is

**RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and it is

**RESOLVED**, that either Derek Anderson or Victor Kubicek, each in his capacity as co-CEO of the Company, be and hereby is authorized to:

a.   Execute and verify or certify on behalf of the Company and any and all of its subsidiaries petitions under chapter 11 and to cause the same to be filed in the appropriate United States Bankruptcy Court at such time as he shall determine is appropriate; and

b.   Execute and file, or cause to be executed and filed, all petitions, schedules, lists, statements and other papers, and to take or direct any and all action that he deems necessary, proper or desirable in connection with the chapter 11 case for the Company or any of its subsidiaries with view toward the successful completion of the case or cases; and

c.   Take or direct all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform, or cause to be performed, all duties and obligations, as the Company or any of its subsidiaries may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver, or cause to be executed and delivered, all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company or any of its subsidiaries, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED**, that the Company be, and hereby is, authorized to employ the law firm of Peitzman, Weg & Kempinsky LLP, or such other firm as may be appropriate, to

represent the Company as bankruptcy counsel in the chapter 11 case for the Company and its subsidiaries.

Dated: August 17, 2009

HALCYON HOLDING GROUP, LLC,
dba THE HALCYON COMPANY,
as Member of T Asset Acquisition Company, LLC,

By: DOMINION GROUP, LLC,
as Managing Member of Halcyon Holding Group, LLC,
dba The Halcyon Company

By: _____
Derek Anderson
Member of Dominion Group, LLC

By: _____
Victor Kubicek
Member of Dominion Group, LLC

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott F. Gautier (CA Bar 211742) / Monsi Morales (CA Bar 235520)<br>Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067<br>Tel: (310) 552-3100 / Fax: (310) 552-3101<br><br>☑ *Attorney for:* T Asset Acquisition Company, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: T Asset Acquisition Company, LLC, | CASE NO.: |
|---|---|
| Debtor(s). | ADV. NO.: |
| Plaintiff(s). | CHAPTER: 11 |
| Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Derek Anderson or Victor Kubicek _____, the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

   ☑  I am the president or other officer or an authorized agent of the debtor corporation

   ☐  I am a party to an adversary proceeding

   ☐  I am a party to a contested matter

   ☐  I am the attorney for the debtor corporation

2. a.  ☑  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
       class of the corporation's(s') equity interests:

       *[For additional names, attach an addendum to this form.]*
       Halcyon Holding Group, LLC, dba The Halcyon Company

   b.   ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____          8/17/09 _____
Signature of Attorney or Declarant          Date

Derek Anderson or Victor Kubicek
_____
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

1  Scott F. Gautier (CA State Bar No. 211742)
   *sgautier@pwkllp.com*
2  Monsi Morales (CA State Bar No. 235520)
   *mmorales@pwkllp.com*
3  PEITZMAN, WEG & KEMPINSKY LLP
   10100 Santa Monica Blvd., Suite 1450
4  Los Angeles, CA  90067
   Telephone: (310) 552-3100
5  Facsimile: (310) 552-3101

6  Proposed Counsel for Debtor and Debtor-in-Possession

7              **UNITED STATES BANKRUPTCY COURT**

8               **CENTRAL DISTRICT OF CALIFORNIA**

9                   **LOS ANGELES DIVISION**

| In re | Case No.: |
|---|---|
| T ASSET ACQUISITION COMPANY, LLC, | Chapter 11 |
| Debtor. | **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(d); DECLARATION OF DEREK ANDERSON AND VICTOR KUBICEK** |

16        The above-captioned debtor  (the "Debtor"), hereby submits the attached List of Creditors

17  Holding 20 Largest Unsecured Claims Pursuant to Federal Rule of Bankruptcy Procedure 1007(d) (the

18  "List").   The List does not include (1) persons who come within the definition of "insider" set forth in

19  11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured

20  deficiency places the creditor among the holders of the 20 largest unsecured claims.

21        The List was prepared by the Debtor based upon the ongoing review of its books and records.

22  The List, therefore, is subject to amendment if additional information becomes known as a result of the

23  ongoing review of the books and records.

24  Dated: August 17, 2009                    PEITZMAN, WEG & KEMPINSKY LLP

26                                     By:____/s/ Scott F. Gautier_____
27                                              Scott F. Gautier
                                       Proposed Attorneys for Debtor and Debtor-in-Possession

1

## DECLARATION OF DEREK ANDERSON AND VICTOR KUBICEK

We, Derek Anderson and Victor Kubicek, declare as follows:

1.      We are the co-CEOs for the Debtor in the above-captioned matter.  The attached List of Creditors Holding 20 Largest Unsecured Claims (the "List") is true and correct to the best of our information and belief based upon our review of the Debtor's books and records.  If additional information becomes known as a result of the ongoing review of the Debtor's books and records, the List will be promptly amended.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of August, 2009, at Los Angeles, California.


_____
Derek Anderson
Co-CEO of T Asset Acquisition Company, LLC


_____
Victor Kubicek
Co-CEO of T Asset Acquisition Company, LLC

T Asset Acquisition Company, LLC

| (1) Name of creditor & mailing address | (2) Name, telephone & address of contact | (3) Nature of claim | (4) Contingent, unliquidated, disputed, subject to set off | (5) Amount |
|---|---|---|---|---|
| Paul Wilmot Communications, LLC 581 Sixth Avenue New York, NY 10111 | | Contract | | $12,476.02 |
| FocusAdvisory Services LLC 824 Radcliffe Avenue Pacific Palisades, CA 90272 | Philip Fier Tel: (323) 785-3005 Fax: (323) 785-3010 Email: pfier@focusadvisoryservices.com | Contract | | $5,940.00 |
| Magazines.com LLC P.O. Box 682108 Franklin, TN 37068 | | Subscription | | $1,013.92 |
| American Express Box 0001 Los Angeles, CA 90096-0001 | | Credit card | | $689.65 |
| Valet Parking Service 100 N. La Cienega Blvd. Los Angeles, CA 90048 | | Parking | | $660.00 |
| Jennifer Malloy 7063 Lanewood Avenue # 106 Los Angeles, CA 90028 | | Expenses | | $53.00 |

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Scott F. Gautier (CA Bar 211742)<br>Monsi Morales (CA Bar 235520)<br>Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Tel: (310) 552-3100 / Fax: (310) 552-3101 | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    T Asset Acquisition Company, LLC, | CHAPTER 11<br><br>CASE NUMBER |
|---|---|
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.      Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

        9255 Sunset Blvd., Suite 901
        Los Angeles, CA 90069

2.      Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

        9255 Sunset Blvd., Suite 901
        Los Angeles, CA 90069

3.      Disclose the current business address(es) for all corporate officers:

        8455 Beverly Blvd., Suite 600
        Los Angeles, CA 90048

4.      Disclose the current business address(es) where the Debtor's books and records are located:

        9255 Sunset Blvd., Suite 901
        Los Angeles, CA 90069

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*

**VEN-C**

| In re | CHAPTER 11 |
|---|---|
| T Asset Acquisition Company, LLC, | |
| Debtor. | CASE NUMBER |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

> 8455 Beverly Blvd., Suite 600
> Los Angeles, CA 90048

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

> None

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

> Derek Anderson or Victor Kubicek, co-CEOs
> 8455 Beverly Blvd., Suite 600
> Los Angeles, CA 90048

8.  Total number of attached pages of supporting documentation:  __0__

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __17th__ day of __August__ , 20__09__ , at __Los Angeles__ , California.

__Derek Anderson or Victor Kubicek__
*Type Name of Officer*

__co-CEO__
*Position or Title of Officer*

*Signature of Declarant*

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

In re Halcyon Holding Group, LLC; chapter 11 case; filed 8/17/09; Central District of California, Los Angeles Division

In re Dominion Group LLC; chapter 11 case; filed 8/17/09; Central District of California, Los Angeles Division

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles_____ , California.

_____
Debtor

Dated  8/17/09_____

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

**F 1015-2.1**

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                                           1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| T Asset Acquisition Company, LLC, | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 165,000.00*

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $_____

2.  The source of the compensation paid to me was:

    ☒  Debtor          ☐  Other *(specify)*

3.  The source of compensation to be paid to me is:

    ☒  Debtor          ☐  Other *(specify)*

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed].

* Peitzman, Weg & Kempinsky LLP has accepted a retainer in the amount of $165,000 for services rendered for the above-captioned Debtor and two of its affiliated entities, Halcyon Holding Group, LLC, and Dominion Group LLC, which are chapter 11 debtors in a separate cases.

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)**                    **1998 USBC, Central District of California**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


____8/17/09_____             ____/s/ Scott F. Gautier_____
*Date*                                     *Signature of Attorney*


                                           Scott F. Gautier
                                           Peitzman, Weg & Kempinsky LLP
                                           _____
                                           *Name of Law Firm*

Verification of Creditor Mailing List - (Rev. 10/05)                                   2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    Scott F. Gautier
        Peitzman, Weg & Kempinsky LLP
_____

Address    10100 Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067
_____

Telephone    (310) 552-3100
_____

☒  Attorney for Debtor(s)
☐  Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years:<br><br>        T Asset Acquisition Company, LLC | Case No.: |
|---|---|
| | Chapter:  11 |
| | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __21__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    8/17/09
_____        _____
                                                *Debtor*

    /s/ Scott F. Gautier
_____        _____
*Attorney (if applicable)*                        *Joint Debtor*

T Asset Acquisition Company LLC
8455 Beverly Blvd Suite 600
Los Angeles, CA 90048


Scott F. Gautier
Peitzman Weg and Kempinsky LLP
10100 Santa Monica Blvd Suite 1450
Los Angeles, CA 90067


Monsi Morales
Peitzman Weg and Kempinsky LLP
10100 Santa Monica Blvd Suite 1450
Los Angeles, CA 90067


United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

8455 LLC
8322 Beverly Blvd
Suite 301
Los Angeles, CA 90048


Aboriginal Merchants Inc Bale
Endeavor Agency Patrick Whitesall
9601 Wilshire Blvd
Beverly Hills, CA 90210


AGV Productions Inc
Attn Amir Ohebsion
11601 Wilshire Blvd Suite 1900
Los Angeles, CA 90025


Akin Gump Strauss Hauer Feld LLP
2029 Century Park East Suite 2400
Los Angeles, CA 90067


David Alberts
17352 W Sunset Blvd Unit 604D
Pacific Palisades, CA 90272


American Arbitration Association
Attn Sandra Marshall
6795 N Palm Ave 2nd Floor
Fresno, CA 93704


American Express
PO Box 0001
Los Angeles, CA 90096-0001

James Derek Anderson
F Altman and Co
9255 Sunset Blvd Suite 901
Los Angeles, CA 90069


Anthem Blue Cross
PO Box 54630
Los Angeles, CA 90054-0630


Arrowhead
PO Box 856158
Louisville, KY 40285-6158


AT and T
PO Box 60017
Los Angeles, CA 90060-0017


AT and T Mobility
PO Box 64637
Carol Stream, IL 60197-6463


Attaction AG
dba EGI Equity Games Intl AG
Luessirainstrasse 52
6300 Zug, Switzerland


Bachrach and Associates Ins
8383 Wilshire Blvd Suite 634
Beverly Hills, CA 90211

Baker and McKenzie LLP
Attn Pamela Church
1114 Avenue of the Americas
New York, NY 10036


Arthur E Barens Esq
Barens Law Building
10209 Santa Monica Blvd
Los Angeles, CA 90067


Dana E Barney
501 A Zennia Street
Austin, TX 78751


Laura Bass
365 N Spaulding Ave
Los Angeles, CA 90036


Martine Berreiter
34634 Yarrow Court
Winchester, CA 90596


Martine Berreiter
PNA Inc
29910 G126 Murrieta Hot Springs Rd
Murrieta, CA 92563


Boca Enterprises Ltd
St Georges Ct Upper Church St
Douglas Isle of Man IM1 1EE
British Isles

Brantes and Associates
122 Rue DV Faubourg Saint Honore
75008 Paris


Brentwood Messenger
11693 San Vicente Blvd Suite 243
Los Angeles, CA 90049


Brinks Business Security
PO Box 660418
Dallas, TX 75266-0418


British Bartenders
149 S Barrington Ave Suite 215
Los Angeles, CA 90049


Broadcore
5454 Beethoven Street Suite 200
Los Angeles, CA 90066-7017


Business Affairs Inc
10675 Santa Monica Blvd
Los Angeles, CA 90025


C2 Pictures LLC
406 Wilshire Blvd 2nd Floor
Santa Monica, CA 90401


Sandra M Cabrera
8032 Burnet Ave
Panorama City, CA 91402

City of Los Angeles
PO Box 30968
Los Angeles, CA 90030-0968


Jesse Crall
4438 Ethel Avenue
Studio City, CA 91604


Susan M Crank
250 Via Linda Vista
Redondo Beach, CA 90277


Dan Lin Productions
4000 Warner Blvd
Building 143
Burbank, CA  91522


DDA Public Relations Ltd
192 198 Vauxhall Bridge Road
2nd Floor
London SWIV IDX


Deloitte Tax LLP
Suite 200
350 South Grand Avenue
Los Angeles, CA 90071


DirecTV
PO Box 54000
Los Angeles, CA 90054-1000

DirecTV
PO Box 60036
Los Angeles, CA 90060-0036


Discovery Productions Inc
Wyman Isaacs Blumenthal and Lynne
8840 Wilshire Blvd Second Floor
Beverly Hills, CA 90211


Electric Shephard Productions
3359 Prairie Drive
Pleasanton, CA 94588


Electric Shephard Productions
Tricarico Chavez LLP
6940 Oporto Drive
Los Angeles, CA 90068


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Express Locksmith
8278 1 2 Santa Monica Blvd
West Hollywood, CA 90046


F Altman and Co
9255 Sunset Blvd Suite 901
Los Angeles, CA 90069

Karen G Fairbanks Esq
538 Almar Ave
Pacific Palisades, CA 90272


Film Payment Services Inc
500 S. Sepulveda Blvd.
Los Angeles, CA 90049


Fintage Collection Acct Mgmt BV
Stationsweg 32
2312 AV Leiden
The Netherlands


Firemans Fund Insurance Company
International Film Guarantors Inc
2828 Donald Douglas Loop N 2nd Flr
Santa Monica, CA 90405


Five Pennies Inc McG
The Endeavor Agy  Phillip Raskind
9601 Wilshire Blvd
Beverly Hills, CA 90210


Focus Advisory Services LLC
824 Radcliffe Ave
Pacific Palisades, CA 90272


Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Frog On Top Studios
4646 Los Feliz Blvd Suite 111
Los Angeles, CA 90027


Suzannah Galland
1475 1/ 4 Havenhurst Drive
West Hollywood, CA 90046


Glaser Weil Fink Jacobs Howard
and Shapiro LLP
10250 Constellation Blvd 19th Flr
Los Angeles, CA 90067


Mario Gonzales


James Gooding
PO Box 461218
Los Angeles, CA


Peter Graves
Lavely and Singer PC Martin Singer
2049 Century Park East Suite 2400
Los Angeles, CA 90067


GreatAmerica Leasing Corp
PO Box 660831
Dallas, TX 75266-0831


Greenberg Traurig LLP
2450 Colorado Ave Suite 400E
Santa Monica, CA 90404

Grin
Hitechbuilding 22
S 101 52
Stockholm, Sweden


Susan Guinn
Dan Stormer Esq
128 North Fair Oaks Avenue
Pasadena, California  91109


Oscar JT Holm
4 St James Mews
Waybridge KT13 8AN
Surrey, UK


Paula M Hoppe
1333 18th Street Unit One
Santa Monica, CA 90404


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


International Film Guarantors Inc
2828 Donald Douglas Loop North
2nd Floor
Santa Monica, CA 90405


Intralink Limited
Anthony Goldschmidt
155 North LaPeer Drive
Los Angeles, CA 90048

Iron Mountain Film and Sound
PO Box 601002
Pasadena, CA 91189-1002


Jennings Strouss and Salmon PLC
201 E Washington St
11th Floor
Phoenix, AZ 85004-2385


Jill Meyers Music Consultants
1460 4th Street Suite 302
Santa Monica, CA 90401


Klee Tuchin Bogdanoff and Stern
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067-6049


Jamie Klein
949 Croft Ave Unit 301
Los Angeles, CA 90069


Knee Ross and Silverman LLP
Attention Howard Knee
2049 Century Park East Suite 4250
Los Angeles, California 90067


Victor Kubicek
F Altman and Co
9255 Sunset Blvd Suite 901
Los Angeles, CA 90069

Latham and Watkins
Russell Sauer Jr and Wayne Flick
355 South Grand Avenue
Los Angeles, CA 90071-1560


Law Office of Ian J Friedman PC
1800 Century Park East Suite 600
Los Angeles, CA 90067


Law Offices of Thomas F Hunter
150 South Rodeo Drive
Beverly Hills, CA 90212


Law Offices of Thomas F Hunter
3945 Valley Meadow Road
Encino, CA 91436


Constantinos Lazouras
5705 Katherine Ave
Van Nuys, CA 91401


Jane Lee
12211 Idaho Ave Unit 102
Los Angeles, CA 90025


Liberate Inc
James Middleton
1333 18th Street Unit One
Santa Monica, CA 90404

The Licensing Group Ltd
Attn Danny Simon
8455 Beverly Blvd Suite 508
Los Angeles, CA 90048


Ryan Likes
11726 Montana Avenue Unit 10
Los Angeles, CA 90049


Frederic Littaye
Lorgal Inc
1338 1 2 North Harper Avenue
Los Angeles, CA 90046


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018


Magazines com LLC
PO Box 682108
Franklin, TN 37068


Daniel Maige
Le Saint Michel Bloc D
22 B Boulevard Mare Chal Joffre
06310 Beaulieu Sur Mer


Main Street Advisers
Attn Paul Wachter
3110 Main Street
Santa Monica, CA 90405

Jennifer Malloy
7063 Lanewood Ave Unit 106
Los Angeles, CA 90028


Mario Kassar Productions LP
Kaye Scholer LLP Sheri Jeffrey
1999 Avenue of the Stars Suite 1800
Los Angeles, CA 90067


Metro Goldwin Mayer Inc
10250 Constellation Blvd
Los Angeles, CA 90017


Metro Goldwin Mayer Studios Inc


Mexican Crab Apples Inc
Creative Artists Agency  Von Arx
2000 Avenue of the Stars
Los Angeles, CA 90067


Mitchell Silberberg Knupp
11377 W Olympic Blvd
Los Angeles, CA 90064


Mitzvah Enterprises Inc
16255 Ventura Blvd Suite 509
Encino, CA 91436


Mojomac
Phillip March
3852 Keeshen Drive
Los Angeles, CA 90066

Lourdes Yvon Monzon
304 S Manhattan Place
Los Angeles, CA 90020


Morte Surgical Instruments Inc
Savitsky Satin and Bacon
1601 Cloverfield Blvd Suite 5000N
Santa Monica, CA 90404


Motion Picture Assn of America Inc
Attn Accounting Department
15301 Ventura Blvd Bldg E
Sherman Oaks, CA 91403-3102


Robert G Muehl Esq
12021 Wilshire Blvd Suite 301
Los Angeles, CA 90025


Myman Abell Fineman Fox
Greenspan and Light LLP
11601 Wilshire Blvd Suite 2200
Los Angeles, CA 90025


Bahman Naraghi
8383 Hollywood Blvd
Los Angeles, CA 90069


National Corporate Research Ltd
10 East 40th Street 10th Floor
New York, NY 10016

Oak Productions Inc Schwarzenegger
Bloom Hergott Diemer Rosenthal Lav
150 South Rodeo Drive 3rd Floor
Beverly Hills, CA 90212


O Melveny and Myers LLP
400 South Hope Street 26th Floor
Los Angeles, CA 90071


O Melveny and Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067


Onda Entertainment Inc
fso Moritz Borman
12233 W Olympic Blvd Suite 350
Los Angeles, CA 90064


Open Pictures LLC
Wyman Isaacs Blumenthal and Lynne
8840 Wilshire Blvd Second Floor
Beverly Hills, CA 90211


Randolph M Paul
2030 Cummings Drive
Los Angeles, CA 90027


Paul Haggis Inc
Creative Artists Agy Attn Brookman
2000 Avenue of the Stars
Los Angeles, CA 90067

Paul Wilmot Communications LLC
581 Sixth Avenue
New York, NY 10011


Guy Phillippi
321 N Fairview St
Burbank, CA 91505-3526


Cambria M Pickering
17171 Roscoe Blvd Unit A216
Northridge, CA 91325


Plug Digital
234 West 39th Street 2nd Floor
New York, NY 10018


Public Storage Mgmt Inc
3401 S La Cienega
Los Angeles, CA 90016-4498


Seth Renov
Bamboo Global Industries
339 East 58th Street Suite 7E
New York, NY 10022


Risk Solutions and Investigations
811 Wilshire Blvd Suite 1650
Los Angeles, CA 90017


Riversong Pictures Inc
28182 Rey De Copas
Malibu, CA 90265

Michael B Rogers
1817 Silver Lake Blvd
Los Angeles, CA 90026


Rosenbloom Entertainment Inc
Wyman Isaacs Blumenthal and Lynne
8840 Wilshire Blvd Second Floor
Beverly Hills, CA 90211


James Schoenfield
1801 Century Park E  Suite 2500
Los Angeles, CA 90067-2326


Zoe K Shepherd
2406 Crest View Drive
Los Angeles, CA 90046


Chris Siarkiewicz
114 Cayler St Unit 2C
Brooklyn, NY 11222


Sitrick and Company Inc
1840 Century Park East Suite 800
Los Angeles, CA 90067


Striker Entertainment LLC
23371 Mulholland Drive Suite 289
Woodland Hills, CA 91364


Todd A Smith Esq
24013 Ventura Blvd Suite 201
Calabasas, CA 91302

Studiocanal SA


Theorem Group LLC
2049 Century Park East Suite 3630
Los Angeles, CA 90067


Jaclyn Tara Thomas
3850 Crondall Drive
Sacramento, CA 95864


T Mobile
PO Box 790047
St. Louis, MO 63179-0047


TR To Union Bank C Life Group
444 Market St
San Francisco, CA 94145


Travelers Indemnity and Affiliates
One Tower Square
Hartford, CT 06183-1001


Tricarico Chavez LLP
Client Trust Account
PO Box 5490
Beverly Hills, CA 90209-5490


Union Bank of California NA
Attn Alex Cho
1900 Avenue of the Stars Suite 600
Los Angeles, CA 90067

Unique Properties and Events Ltd
27 Old Gloucester Street
London WCIN 3XX


Universal City Studios LLLP


Valet Parking Service
100 N La Cienega Blvd
Los Angeles, CA 90048


Vangelos Corporation
dba Dhamma Music Publishing BMI
4764 Park Granada Suite 210
Calabasas, CA 91302


Warner Bros Entertainment Inc
4000 Warner Blvd
Burbank, CA 91522-0001


Warner Bros Pictures
4000 Warner Blvd
Burbank, CA 91522


Warner Bros Records Inc
3300 Warner Blvd
Burbank, CA 91505


Orlando Wood
100 Batersea Church Road
Penthouse C91
London, SW 11

Worldwide SPE Acquisitions Inc
10202 West Washington Blvd
2nd Floor
Culver City, CA 90232


Ziffren Brittenham Branca
and Fischer
1801 Century Park West
Los Angeles, CA 90067-6406