Howard J. Weg (State Bar No. 91057)
*hweg@pwkllp.com*
David B. Shemano (State Bar No. 176020)
*dshemano@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Counsel for T Asset Acquisition Company, LLC,
Halcyon Holding Group, LLC, dba The Halcyon
Company, and Dominion Group LLC,
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>T ASSET ACQUISITION COMPANY, LLC, a Delaware limited liability company; HALCYON HOLDING GROUP, LLC, dba THE HALCYON COMPANY, a Delaware limited liability company; and DOMINION GROUP LLC, a California limited liability company,<br><br>Debtors.<br><br>**Check One or More as Appropriate:**<br><br>Affects All Debtors: ☒<br>Affects T Asset Acquisition Company, LLC only: ☐<br>Affects Halcyon Holding Group, LLC only: ☐<br>Affects Dominion Group LLC only: ☐ | Case No.: 2:09-31853-ER<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER)<br><br>**NOTICE OF HEARING ON MOTION OF DEBTORS FOR ORDER AUTHORIZING AND APPROVING SALE OF DEBTORS' ASSETS RELATING TO THE *TERMINATOR* MOTION PICTURE FRANCHISE FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363 AND 365 OF THE BANKRUPTCY CODE**<br><br>Sale Hearing:<br>Date:    January 27, 2010<br>Time:    10:00 a.m.<br>Location: Courtroom 1568<br>              255 East Temple St.<br>              Los Angeles, California<br><br>Objection Deadline**:**<br>              January 13, 2010 |

**PLEASE TAKE NOTICE** that on January 27, 2009, at 10:00 a.m., or as soon thereafter as the matter can be heard, before the Honorable Ernest M. Robles, United States Bankruptcy Judge, in Courtroom 1568, located at 255 East Temple Street, Los Angeles, California, the Bankruptcy Court will consider and act upon the Motion Of Debtors For Order Authorizing And Approving Sale Of

1

Debtors' Assets Relating To The *Terminator* Motion Picture Franchise Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363 And 365 Of The Bankruptcy Code (the "Sale Motion"), filed by the above-captioned debtors (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Sale Motion, the Debtors are requesting an order of the Bankruptcy Court authorizing and approving the sale of the Debtors' assets relating to the *Terminator* motion picture franchise (the "Assets") to the bidder that submits the highest and best bid at a sale auction (the "Auction") to be conducted at the hearing on the Motion (the "Sale Hearing").  The winning bidder is referred to as the "Buyer."

**PLEASE TAKE FURTHER NOTICE** that the material terms of the proposed sale of the Assets are fully set forth in the Sale Motion and accompanying exhibits.  While there is no requirement that bids include any specific terms, the Debtors expect that the winning bid will be a straightforward cash sale of the Assets, "as-is, where-is," without representations or warranties, free and clear of all liens, claims, interests and encumbrances.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have requested that the Bankruptcy Court approve the following procedures for the Auction:

A.    <u>Sale Hearing</u>.  The Auction and the Sale Hearing shall occur on January 27, 2010.

B.    <u>Qualified Bids</u>.  The Debtors shall consider qualified bids for the Assets ("Qualified Bids), but shall not consider proposed bids that are not Qualified Bids.  In order for a proposed bid to be deemed a Qualified Bid, a proposed bid must meet each of the criteria set forth in the following subparagraphs 1 through 5:

1.    <u>Timing</u>.  All of the documents and information required to be submitted pursuant to subparagraphs 2 through 5 must be received by (a) the Debtors, (b) the Debtors' bankruptcy counsel, Howard J. Weg of Peitzman, Weg & Kempinsky LLP, and (c) the Debtors' financial advisor, Kevin Shultz of FTI Capital Advisors, LLC, no later than 5:00 p.m., California time, five (5) days before the Sale Hearing (the "Bid Deadline").  Unless a bid containing all of the required documents and information is submitted by the Bid Deadline, it will not constitute a Qualified Bid.

2.    <u>Form and Content of Bid</u>.  In order to be a Qualified Bid, any bid must include an executed asset purchase agreement ("APA"), identify the executory contracts to be assumed by the Debtors and assigned to the bidder if it is the purchaser, and contain a commitment that the bidder, if it is the purchaser, shall pay to the Debtors' estates, in addition to the amount of its successful final bid, the cure amounts, if any, associated with any executory contracts designated by the bidder to be assumed by the Debtor and assigned to the bidder  Attached as Exhibit A to the Sale Motion is a form asset purchase agreement (the "APA").  Together with the executed APA, the bid must contain a redline of the bidder's APA showing the differences from the form APA.

3.    <u>Offers Irrevocable</u>.  In order to be a Qualified Bid, any bid must contain a letter from the bidder stating that the bid will remain open and irrevocable until an order by the Court approving the sale of the Assets (an "Approval Order") has been entered by the Clerk of the Court.

4.    <u>Deposits</u>.  In order to be a Qualified Bid, any bid must be accompanied by a deposit (the "Deposit") in the form of a cashiers' check or wire transfer of immediately available funds

to the Debtors in the amount of $750,000. The Debtors shall hold all Deposits in a segregated account, subject to Court order, to defray all costs, expenses and damages arising as a result of the failure of any winning bidder to close for any reason other than the default of the Debtors. The Debtors shall return a Deposit to a bidder as soon as practicable after the earlier to occur of (i) the Debtors' delivery of notice to a bidder that its bid is not a Qualified Bid and (ii) entry of an Approval Order providing for the sale of the Assets to an entity other than the bidder. Interest that accrues on the successful bidder's Deposit, if any, shall be credited toward the purchase price.

    5.  <u>Ability of Bidder to Consummate Transaction</u>. In order to be a Qualified Bid, the bid must include written financial evidence, satisfactory to the Debtors, demonstrating that the bidder has the ability to consummate the transactions contemplated by the APA. Such financial evidence may include, among other things, background reports and/or references, financing commitments, financial statements, income statements, tax returns, balance sheets, annual reports and bank statements.

  C.  <u>Qualification and Disqualification of Bids</u>. No later than 5:00 p.m., California time, one (1) business day before the Sale Hearing (the "Determination Deadline"), the Debtors shall determine and shall inform each bidder whether it has submitted a Qualified Bid. The Debtors shall have the right to permit a bidder that submitted a bid prior to the Bid Deadline that was not a Qualified Bid to modify the bid so that the bid will be deemed a Qualified Bid.

  D.  <u>Bankruptcy Court Resolution of Disputes</u>. Any disputes concerning whether a bidder submitted a Qualified Bid shall be resolved by the Bankruptcy Court at the Sale Hearing.

  E.  <u>Auction If Qualified Bids</u>. If the Debtors determine by the Determination Deadline that there are one or more Qualified Bids, the Debtors shall have the right to hold an auction with reserve (the "Auction") at the Sale Hearing.

    1.  Only entities that submitted Qualified Bids may participate in the Auction.

    2.  The Debtors may continue the Auction to a later date without further notice other than an announcement at the Auction.

    3.  At the commencement of the Auction, the Debtors shall announce which of the initial Qualifying Bids is, in their determination, the highest and best offer. In making this determination, the Debtors shall have the right to consider, among other things: (a) the number, type and nature of any changes to the APA requested by each bidder; (b) the extent to which such modifications are likely to delay closing of the sale of the Assets to such bidder and the cost to the Debtors of such modifications or delay; and (c) the likelihood of the bidder's ability to close a transaction and the timing thereof. At the Auction, further overbids must be in increments of at least $1,000,000 in cash.

    4.  At the conclusion of the Auction, the Debtors shall announce which of the bids is, in their determination, the highest and best offer and that bid will be presented to the Court for approval.

    5.  All unsuccessful final bids at the Auction shall be treated as binding back-up bids and, in the event that the successful bidder fails to consummate the APA, the Debtors shall have

the right to select one of the unsuccessful final bids as the replacement successful bid; *provided, however*, the right of the Debtors to select an unsuccessful final bid as the replacement successful bid shall expire sixty (60) days after entry of the Approval Order.

**PLEASE TAKE FURTHER NOTICE** that the Sale Motion is on file with the Bankruptcy Court and is available for inspection and copying at the office of the Clerk of the Court, located at 255 E. Temple Street, Los Angeles, CA.  In addition, a copy of the Sale Motion may be obtained by delivering a written request to the Debtors' bankruptcy counsel:

>    Howard J. Weg, Esq.
>    Peitzman, Weg & Kempinsky LLP
>    10100 Santa Monica Blvd., Suite 1450
>    Los Angeles, California 90067
>    Telephone: (310) 552-3100
>    Facsimile: (310) 552-3101
>    Email: hweg@pwkllp.com

In addition, information concerning the Assets and the Auction may be obtained by contacting the Debtors' financial advisors:

>    Kevin Shultz
>    Senior Managing Director
>    FTI Capital Advisors, LLC
>    633 West 5th Street
>    Los Angeles, CA  90071
>    Telephone: (213) 452-6050
>    Facsimile: (213) 452-6099
>    Email: Kevin.Shultz@FTIConsulting.com

**PLEASE TAKE FURTHER NOTICE** that any objections to the Sale Motion must be filed and served in accordance with Local Bankruptcy Rule 9013-1(f) no later than fourteen (14) days before the Sale Hearing.  Pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve timely a response in accordance with the Local Bankruptcy Rules may be deemed by the Bankruptcy Court to be consent to the granting of the relief requested in the Sale Motion.

Dated: December 18, 2009              PEITZMAN, WEG & KEMPINSKY LLP

                                      By:    /s/ David B. Shemano
                                            Howard J. Weg
                                            David B. Shemano
                                      Counsel for the Debtors

| | |
|---|---|
| In re: T Asset Acquisition Company, LLC, | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 2:09-bk-31853-ER |
| | (Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER) |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067.**

The foregoing document described **Notice of Hearing On Motion of Debtors For Order Authorizing and Approving Sale of Debtors' Assets Relating to the *Terminator* Motion Picture Franchise Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363 and 365 of the Bankruptcy Code**, will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 18, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David E Ahdoot    dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Korin A Avelino    kelliott@ktbslaw.com
- Austin K Barron    abarron@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
- Sandor T Boxer    tedb@tedboxer.com
- Martin J Brill    mjb@lnbrb.com
- Alberto J Campain    acampain@blutlaw.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- G Larry Engel    lengel@mofo.com
- Wayne S Flick    wayne.s.flick@lw.com, colleen.rico@lw.com
- Scott F Gautier    sgautier@pwkllp.com
- Julian I Gurule    jgurule@pwkllp.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Louis E Kempinsky    lkempinsky@pwkllp.com
- Joseph A Kohanski    jkohanski@bushquinonez.com
- Dare Law    dare.law@usdoj.gov
- David W Levene    dwl@lnbrb.com
- Richard Levy    rlevy@pryorcashman.com
- Monserrat Morales    mmorales@pwkllp.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Kimberly A Posin    kim.posin@lw.com
- Adam M Starr    starra@gtlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jason Wallach    jwallach@gladstonemichel.com
- Pamela Kohlman Webster    pwebster@buchalter.com
- Howard J Weg    hweg@pwkllp.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: T Asset Acquisition Company, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-31853-ER |
| | (Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER) |

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **December 18, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Served by U.S. Mail**
Honorable Ernest M. Robles
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 18, 2009** | **Cory Benjamin** | **/s/ Cory Benjamin** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re: T Asset Acquisition Company, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-31853-ER |
| | (Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER) |

Additional Service List

8455 LLC
8322 Beverly Blvd
Suite 301
Los Angeles, CA 90048

AT&T
P.O. Box 64637
Carol Stream, IL 60197-6463

Boca Enterprises Ltd
St Georges Ct Upper Church St
Douglas Isle of Man IM1 1EE
British Isles

Aboriginal Merchants Inc Bale
Endeavor Agency Patrick Whitesall
9601 Wilshire Blvd
Beverly Hills, CA 90210

AT and T Mobility
PO Box 64637
Carol Stream, IL 60197-6463

Brantes and Associates
122 Rue DV Faubourg Saint Honore
75008 Paris

AGV Productions Inc
Attn Amir Ohebsion
11601 Wilshire Blvd Suite 1900
Los Angeles, CA 90025

Attaction AG
dba EGI Equity Games Intl AG
Luessirainstrasse 52
6300 Zug, Switzerland

Brentwood Messenger
11693 San Vicente Blvd., Suite 243
Los Angeles, CA 90049

Akin Gump Strauss Hauer Feld LLP
2029 Century Park East Suite 2400
Los Angeles, CA 90067

Bachrach and Associates Ins
8383 Wilshire Blvd Suite 634
Beverly Hills, CA 90211

Broadview/Brinks Business Security
PO Box 660418
Dallas, TX 75266-0418

David Alberts
17352 W Sunset Blvd Unit 604D
Pacific Palisades, CA 90272

Baker and McKenzie LLP
Attn Pamela Church
1114 Avenue of the Americas
New York, NY 10036

British Bartenders
149 S Barrington Ave Suite 215
Los Angeles, CA 90049

American Arbitration Association
Attn Sandra Marshall
6795 N Palm Ave 2nd Floor
Fresno, CA 93704

Arthur E. Barens, Esq.
Barens Law Building
10209 Santa Monica Blvd.
Los Angeles, CA 90067

Broadcore
5454 Beethoven Street, Suite 200
Los Angeles, CA 90066-7017

American Express
PO Box 0001
Los Angeles, CA 90096-0001

Dana E. Barney
501 A Zennia Street
Austin, TX 78751

Business Affairs Inc
10675 Santa Monica Blvd
Los Angeles, CA 90025

Derek Anderson
6533 Cahuenga Terrace
Los Angeles, CA 90068

Laura Bass
365 N Spaulding Ave
Los Angeles, CA 90036

C2 Pictures LLC
406 Wilshire Blvd 2nd Floor
Santa Monica, CA 90401

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

| In re: T Asset Acquisition Company, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-31853-ER |
| | (Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER) |

Anthem Blue Cross
PO Box 54630
Los Angeles, CA 90054-0630

Martine Berreiter
34634 Yarrow Court
Winchester, CA 90596

Sandra M Cabrera
8032 Burnet Ave
Panorama City, CA 91402

Arrowhead
PO Box 856158
Louisville, KY 40285-6158

Martine Berreiter
PNA Inc
29910 G126 Murrieta Hot Springs Rd
Murrieta, CA 92563

City of Los Angeles
PO Box 30968
Los Angeles, CA 90030-0968

Marc Cohen, Esq.
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

Electric Shepherd Productions
3359 Prairie Drive
Pleasanton, CA 94588

Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Jesse Crall
4438 Ethel Avenue
Studio City, CA 91604

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Frog On Top Studios
4646 Los Feliz Blvd Suite 111
Los Angeles, CA 90027

Susan M Crank
250 Via Linda Vista
Redondo Beach, CA 90277

Express Locksmith
8278 1 2 Santa Monica Blvd
West Hollywood, CA 90046

Suzannah Galland
1475 1/ 4 Havenhurst Drive
West Hollywood, CA 90046

Dan Lin Productions
4000 Warner Blvd
Building 143
Burbank, CA 91522

F. Altman & Company
9255 Sunset Blvd Suite 901
Los Angeles, CA 90069

Glaser Weil Fink Jacobs Howard
and Shapiro LLP
10250 Constellation Blvd 19th Flr
Los Angeles, CA 90067

DDA Public Relations Ltd.
8981 Sunset Blvd., Suite 201
Los Angeles, CA 90069

Karen G Fairbanks Esq
538 Almar Ave
Pacific Palisades, CA 90272

James Gooding
PO Box 461218
Los Angeles, CA

Deloitte Tax LLP
Suite 200
350 South Grand Avenue
Los Angeles, CA 90071

Film Payment Services Inc
500 S. Sepulveda Blvd.
Los Angeles, CA 90049

Peter Graves
Lavely and Singer PC Martin Singer
2049 Century Park East Suite 2400
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re:  T Asset Acquisition Company, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER  2:09-bk-31853-ER<br>(Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER) |

DirecTV
PO Box 54000
Los Angeles, CA 90054-1000

Fintage Collection Acct Mgmt BV
Stationsweg 32
2312 AV Leiden
The Netherlands

GreatAmerica Leasing Corp
PO Box 660831
Dallas, TX 75266-0831

DirecTV
PO Box 60036
Los Angeles, CA 90060-0036

Firemans Fund Insurance Company
International Film Guarantors Inc
2828 Donald Douglas Loop N 2nd Flr
Santa Monica, CA 90405

Greenberg Traurig LLP
2450 Colorado Ave Suite 400E
Santa Monica, CA 90404

Discovery Productions Inc
Wyman Isaacs Blumenthal and Lynne
8840 Wilshire Blvd Second Floor
Beverly Hills, CA 90211

Five Pennies Inc McG
The Endeavor Agy  Phillip Raskind
9601 Wilshire Blvd
Beverly Hills, CA 90210

Grin AB
Ferdinand hellers, Advokat,
Delägare/Partner
Advokatfirman Nova AB
Linnegatan 18, 114 47 Stockholm, Sweden

Electric Shepherd Productions
3359 Prairie Drive
Pleasanton, CA 94588

Focus Advisory Services LLC
824 Radcliffe Ave
Pacific Palisades, CA 90272

Costco Membership
P.O. Box 34783
Seattle, WA 98124

Susan Guinn
Dan Stormer Esq
128 North Fair Oaks Avenue
Pasadena, California  91109

Jamie Klein
949 Croft Ave Unit 301
Los Angeles, CA 90069

The Licensing Group Ltd
Attn Danny Simon
8455 Beverly Blvd Suite 508
Los Angeles, CA 90048

Oscar JT Holm
4 St James Mews
Waybridge KT13 8AN
Surrey, UK

Knee Ross and Silverman LLP
Attention Howard Knee
2049 Century Park East Suite 4250
Los Angeles, California 90067

Ryan Likes
11726 Montana Avenue Unit 10
Los Angeles, CA 90049

Paula M Hoppe
1333 18th Street Unit One
Santa Monica, CA 90404

Victor Kubicek
6533 Cahuenga Terrace
Los Angeles, CA 90068

Frederic Littaye
Lorgal Inc
1338 1 2 North Harper Avenue
Los Angeles, CA 90046

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Latham and Watkins
Russell Sauer Jr. and Wayne Flick
355 South Grand Avenue
Los Angeles, CA 90071-1560

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                          **F 9013-3.1**

| In re: T Asset Acquisition Company, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-31853-ER<br>(Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER) |

International Film Guarantors Inc
2828 Donald Douglas Loop North
2nd Floor
Santa Monica, CA 90405

Law Office of Ian J Friedman PC
1800 Century Park East Suite 600
Los Angeles, CA 90067

Magazines com LLC
PO Box 682108
Franklin, TN 37068

Intralink Limited
Anthony Goldschmidt
155 N. La Peer Drive
Los Angeles, CA 90048

Law Offices of Thomas F Hunter
150 South Rodeo Drive
Beverly Hills, CA 90212

Daniel Maige
Le Saint Michel Bloc D
22 B Boulevard Mare Chal Joffre
06310 Beaulieu Sur Mer

Iron Mountain Film and Sound
PO Box 601002
Pasadena, CA 91189-1002

Law Offices of Thomas F Hunter
3945 Valley Meadow Road
Encino, CA 91436

Main Street Advisers
Attn Paul Wachter
3110 Main Street
Santa Monica, CA 90405

Jennings Strouss and Salmon PLC
201 E Washington St
11th Floor
Phoenix, AZ 85004-2385

Constantinos Lazouras
5705 Katherine Ave
Van Nuys, CA 91401

Jennifer Malloy
7063 Lanewood Avenue, Unit 106
Los Angeles, CA 90028

Jill Meyers Music Consultants
1460 4th Street Suite 302
Santa Monica, CA 90401

Jane Lee
12211 Idaho Ave Unit 102
Los Angeles, CA 90025

Mario Kassar Productions LP
Kaye Scholer LLP Sheri Jeffrey
1999 Avenue of the Stars Suite 1800
Los Angeles, CA 90067

Klee Tuchin Bogdanoff and Stern
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067-6049

Liberate Inc
James Middleton
1333 18th Street Unit One
Santa Monica, CA 90404

Metro Goldwin Mayer Inc
10250 Constellation Blvd
Los Angeles, CA 90017

FedEx Corp. Revenue Services
3965 Airways, Module G
Memphis, TN 38116

Bahman Naraghi
8383 Hollywood Blvd
Los Angeles, CA 90069

Guy Phillippi
321 N Fairview St
Burbank, CA 91505-3526

Mexican Crab Apples Inc
Creative Artists Agency  Von Arx
2000 Avenue of the Stars
Los Angeles, CA 90067

National Corporate Research Ltd
10 East 40th Street 10th Floor
New York, NY 10016

Cambria M Pickering
17171 Roscoe Blvd Unit A216
Northridge, CA 91325

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9013-3.1**

| In re:  T Asset Acquisition Company, LLC, | CHAPTER  11 |
|---|---|
| Debtor(s). | CASE NUMBER  2:09-bk-31853-ER<br>(Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER) |

Mitchell Silberberg Knupp LLP
11377 W Olympic Blvd
Los Angeles, CA 90064-1683

Oak Productions Inc Schwarzenegger
Bloom Hergott Diemer Rosenthal Lav
150 South Rodeo Drive 3rd Floor
Beverly Hills, CA 90212

Plug Digital
234 West 39th Street 2nd Floor
New York, NY 10018

Mitzvah Enterprises Inc
16255 Ventura Blvd Suite 509
Encino, CA 91436

O Melveny and Myers LLP
400 South Hope Street 26th Floor
Los Angeles, CA 90071

Public Storage Mgmt Inc
3401 S La Cienega
Los Angeles, CA 90016-4498

Mojo Mac
Phillip March
3852 Keeshen Drive
Los Angeles, CA 90066

O'Melveny and Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Seth Renov
Bamboo Global Industries
339 East 58th Street Suite 7E
New York, NY 10022

Lourdes Yvon Monzon
304 S Manhattan Place
Los Angeles, CA 90020

Onda Entertainment Inc
fso Moritz Borman
12233 W Olympic Blvd Suite 350
Los Angeles, CA 90064

Risk Solutions and Investigations
811 Wilshire Blvd Suite 1650
Los Angeles, CA 90017

Morte Surgical Instruments Inc
Savitsky Satin and Bacon
1601 Cloverfield Blvd Suite 5000N
Santa Monica, CA 90404

Open Pictures LLC
Wyman Isaacs Blumenthal and Lynne
8840 Wilshire Blvd Second Floor
Beverly Hills, CA 90211

Riversong Pictures Inc
28182 Rey De Copas
Malibu, CA 90265

Motion Picture Assn of America Inc
Attn Accounting Department
15301 Ventura Blvd Bldg E
Sherman Oaks, CA 91403-3102

Randolph M Paul
2030 Cummings Drive
Los Angeles, CA 90027

Michael B Rogers
1817 Silver Lake Blvd
Los Angeles, CA 90026

Robert G Muehl Esq
12021 Wilshire Blvd Suite 301
Los Angeles, CA 90025

Paul Haggis Inc
Creative Artists Agy Attn Brookman
2000 Avenue of the Stars
Los Angeles, CA 90067

Rosenbloom Entertainment Inc
Wyman Isaacs Blumenthal and Lynne
8840 Wilshire Blvd Second Floor
Beverly Hills, CA 90211

Myman Abell Fineman Fox
Greenspan and Light LLP
11601 Wilshire Blvd Suite 2200
Los Angeles, CA 90025

Paul Wilmot Communications, LLC
581 Sixth Avenue
New York, NY 10011

James Schoenfield
1801 Century Park E  Suite 2500
Los Angeles, CA 90067-2326

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: T Asset Acquisition Company, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-31853-ER |
| | (Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER) |

Zoe K Shepherd
2406 Crest View Drive
Los Angeles, CA 90046

Travelers Indemnity and Affiliates
One Tower Square
Hartford, CT 06183-1001

Worldwide SPE Acquisitions Inc
10202 West Washington Blvd
2nd Floor
Culver City, CA 90232

Chris Siarkiewicz
114 Cayler St Unit 2C
Brooklyn, NY 11222

Tricarico Chavez LLP
Client Trust Account
PO Box 5490
Beverly Hills, CA 90209-5490

Ziffren Brittenham LLP
1801 Century Park West
Los Angeles, CA 90067-6406

Sitrick and Company Inc
1840 Century Park East Suite 800
Los Angeles, CA 90067

Union Bank of California NA
Attn Alex Cho
1900 Avenue of the Stars Suite 600
Los Angeles, CA 90067

Halcyon Consumer Products, LLC
8455 Beverly Blvd., Suite 600
Los Angeles, CA 90048

Striker Entertainment LLC
23371 Mulholland Drive Suite 289
Woodland Hills, CA 91364

Unique Properties and Events Ltd
27 Old Gloucester Street
London WCIN 3XX

Trident Trust Company (BVI) Ltd.
P.O. Box 146
Road town, Tortola
British Virgin Islands

Todd A Smith, Esq.
24013 Ventura Blvd Suite 201
Calabasas, CA 91302

T Salvation Productions, LLC
8455 Beverly Blvd., Suite 600
Los Angeles, CA 90048

T Mobile
PO Box 790047
St. Louis, MO 63179-0047

Studiocanal S.A.
c/o Baker & McKenzie LLP
Attn: Pamela Church
1114 Avenue of the Americas
New York, NY 10036

Valet Parking Service
100 N. La Cienega Blvd
Los Angeles, CA 90048

TR To Union Bank C Life Group
444 Market St
San Francisco, CA 94145

Theorem Group LLC
2049 Century Park East Suite 3630
Los Angeles, CA 90067

Vangelos Corporation
dba Dhamma Music Publishing BMI
4764 Park Granada Suite 210
Calabasas, CA 91302

Warner Bros Records Inc
3300 Warner Blvd
Burbank, CA 91505

Jaclyn Tara Thomas
3850 Crondall Drive
Sacramento, CA 95864

Warner Bros Entertainment Inc., a Division of WB Studio Enterprises, Inc.
4000 Warner Blvd.
Bldg.156, Rm 5158
Burbank, CA 91522-0001

Orlando Wood
100 Batersea Church Road
Penthouse C91
London, SW 11

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**