Howard J. Weg (State Bar No. 91057)
*hweg@pwkllp.com*
Scott F. Gautier (State Bar No. 211742)
*sgautier@pwkllp.com*
Julian I. Gurule (State Bar No. 252160)
*jgurule@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile:  (310) 552-3101

Counsel for T Asset Acquisition Company, LLC,
Halcyon Holding Group, LLC, dba The Halcyon Company,
and Dominion Group LLC, and
Proposed Counsel for Halcyon Music Publishing, LLC,
Halcyon Games, LLC, T Salvation Distribution, LLC,
T Salvation Distribution (BVI), Ltd., T Asset
International (BVI) Ltd., Halcyon International (BVI) Ltd.,
Halcyon Consumer Products, LLC and T Salvation
Productions, LLC,
Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>T ASSET ACQUISITION COMPANY, LLC, *et al.,*<br><br>                    Debtor.<br><br><br><br><u>**Check One or More as Appropriate:**</u><br>Affects All Debtors:                                   ☒<br>Affects T Asset Acquisition Company, LLC only: ☐<br>Affects Halcyon Holding Group, LLC only:     ☐<br>Affects Dominion Group LLC only:             ☐<br>Affects one or more Affiliated Debtors only:    ☐<br>    Affiliated Debtor(s):_____ | Case No.: 2:09-bk-31853-ER<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:09-31854-ER, 2:09-31855-ER, 2:10-10851-ER, 2:10-10852-ER, 2:10-10853-ER, 2:10-10854-ER, 2:10-10855-ER, 2:10-10856-ER, 2:10-10857-ER, 2:10-10858-ER)<br><br>**NOTICE OF HEARING ON EMERGENCY MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**<br><br>Hearing:<br><br>Date: February 10, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 1568<br>            255 East Temple Street<br>            Los Angeles, CA |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on February 10, 2010, or as soon thereafter as the matter can be heard, before the Honorable Earnest M. Robles, United States Bankruptcy Judge, in Courtroom 1568, located at 255 East Temple Street, Los Angeles, California, the Court will consider a motion (the "Motion") by the above-captioned debtors (the "Debtors") for approval of a settlement agreement, pursuant to Federal Rule of Bankruptcy Procedure 9019, by and between, among others, the Debtors, on the one hand, and Pacificor, LLC, on the other hand.  Pursuant to Local Bankruptcy Rule 9075-1(a)(7) and instruction of the Bankruptcy Court, any response to the Motion, and the Debtors' reply thereto, may be presented at the time of the hearing on the Motion.  Pursuant to Local Bankruptcy Rule 9013-1(h), failure to present timely a response in accordance with the Local Bankruptcy Rules may be deemed by the Bankruptcy Court to be consent to the granting of the relief requested in the Motion.

Date:  February 8, 2010                                              PEITZMAN, WEG & KEMPINSKY LLP

By:  __/s/  Julian I. Gurule_____
       Julian I. Gurule
Counsel for the Debtors

| | |
|---|---|
| In re:  T Asset Acquisition Company, LLC,<br><br>                                                          Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  2:09-bk-31853-ER<br><br>(Jointly Administered with Case Nos.: 2:09-31854-ER; 2:09-31855-ER; 2:10-bk-10851-ER; 2:10-bk-10852-ER; 2:10-bk-10853-ER; 2:10-bk-10854-ER; 2:10-bk-10855-ER; 2:10-bk-10856-ER; 2:10-bk-10857-ER; 2:10-bk-10858-ER) |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA  90067.**

The foregoing document described **NOTICE OF HEARING ON EMERGENCY MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**, will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 8, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

David E Ahdoot     dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
Korin A Avelino     kelliott@ktbslaw.com
Austin K Barron     abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
Sandor T Boxer     tedb@tedboxer.com
Martin J Brill     mjb@lnbrb.com
Alberto J Campain     acampain@blutlaw.com
Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
Marc S Cohen     mcohen@kayescholer.com
Jon L Dalberg     jdalberg@lgbfirm.com, mprokocki@lgbfirm.com
Ashleigh A Danker     adanker@kayescholer.com
Robert K Edmunds     robert.edmunds@bipc.com
G Larry Engel     lengel@mofo.com
Wayne S Flick     wayne.s.flick@lw.com, colleen.rico@lw.com
Scott F Gautier     sgautier@pwkllp.com
Julian I Gurule     jgurule@pwkllp.com
Brian T Harvey     bharvey@buchalter.com, IFS_filing@buchalter.com
Viviana B Hedrick     vhedrick@lglaw.la
Robbin L Itkin     ritkin@steptoe.com
Louis E Kempinsky     lkempinsky@pwkllp.com
Joseph A Kohanski     jkohanski@bushquinonez.com
Dare Law     dare.law@usdoj.gov
David W Levene     dwl@lnbrb.com
Richard Levy     rlevy@pryorcashman.com
Monserrat Morales     mmorales@pwkllp.com
Juliet Y Oh     jyo@lnbrb.com, jyo@lnbrb.com
Katherine C Piper     kpiper@steptoe.com
Kimberly A Posin     kim.posin@lw.com
Jeremy V Richards     jrichards@pszjlaw.com, bdassa@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                        **F 9013-3.1**

| In re: T Asset Acquisition Company, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-31853-ER |
| | (Jointly Administered with Case Nos.: 2:09-31854-ER; 2:09-31855-ER; 2:10-bk-10851-ER; 2:10-bk-10852-ER; 2:10-bk-10853-ER; 2:10-bk-10854-ER; 2:10-bk-10855-ER; 2:10-bk-10856-ER; 2:10-bk-10857-ER; 2:10-bk-10858-ER) |

Debra Riley    driley@allenmatkins.com
David B Shemano    dshemano@pwkllp.com
Adam M Starr    starra@gtlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Jason Wallach    jwallach@gladstonemichel.com
Pamela Kohlman Webster    pwebster@buchalter.com
Howard J Weg    hweg@pwkllp.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **February 8, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Served by U.S. Mail:**
Honorable Ernest M. Robles
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 8, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*

**PLEASE SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 8, 2010** | **Grazel Garcia** | **/s/ Grazel Garcia** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| | |
|---|---|
| In re:  T Asset Acquisition Company, LLC,<br><br>                                                                Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  2:09-bk-31853-ER<br><br>(Jointly Administered with Case Nos.: 2:09-31854-ER; 2:09-31855-ER; 2:10-bk-10851-ER; 2:10-bk-10852-ER; 2:10-bk-10853-ER; 2:10-bk-10854-ER; 2:10-bk-10855-ER; 2:10-bk-10856-ER; 2:10-bk-10857-ER; 2:10-bk-10858-ER) |

**ADDITIONAL SERVICE LIST:**

**Served by Facsimile and Overnight Mail:**
Morrison & Foerster LLP
Attention:  Norman Rosenbaum, Esq.
1290 Avenue of the Americas
New York, New York 10104-0050
Fax:  (212) 468-7900

and

Morrison & Foerster LLP
Attention:  Russell G. Weiss, Esq.
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Fax:  (213) 892-5454

**Served by Facsimile and Overnight Mail:**
Greenberg & Traurig, LLP
Vincent H. Chieffo
Adam M. Starr
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Fax:  (310) 586-7800


**Served by Facsimile and Overnight Mail:**
Robbin L. Itkin, Esq.
Katherine C. Piper, Esq.
STEPTOE & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Fax:  (310) 734-3300

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| | |
|---|---|
| In re:  T Asset Acquisition Company, LLC,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  2:09-bk-31853-ER<br><br>(Jointly Administered with Case Nos.: 2:09-31854-ER; 2:09-31855-ER; 2:10-bk-10851-ER; 2:10-bk-10852-ER; 2:10-bk-10853-ER; 2:10-bk-10854-ER; 2:10-bk-10855-ER; 2:10-bk-10856-ER; 2:10-bk-10857-ER; 2:10-bk-10858-ER) |

**ADDITIONAL SERVICE LIST:**

**Served by Facsimile and Personal Delivery:**
James R. Schoenfield, Esq.
Law Offices of James R. Schoenfield
A Professional Corporation
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
Fax:  (310) 551-2814

**Served by Personal Delivery:**
Jeremy V. Richards, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**