Dan Stormer, Esq. [S.B. #101967]
Anne Richardson, Esq. [S.B. #151541]
Zoe Yuzna, Esq. [S.B. #268496]
HADSELL STORMER KEENY
    RICHARDSON & RENICK, LLP
128 North Fair Oaks Avenue
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

Sandor T. Boxer, Esq. [S.B. #36288]
tedb@tedboxer.com
LAW OFFICES OF SANDOR T. BOXER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90025
Telephone: (310) 826-9780
Facsimile: (310) 820-4414

ATTORNEYS FOR SUSAN L. GUINN

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>T ASSET ACQUISITION COMPANY, LLC, et al,<br>　　　　　　　Debtors.<br><br>**Check One or More as Appropriate:**<br>Affects All Debtors:　　　　　　　☐<br>Affects T Asset Acquisition<br>Company, LLC:　　　　　　　　　☒<br>Affects Halcyon Holding<br>Group, LLC:　　　　　　　　　　☒<br>Affects Dominion Group LLC:　　　☐<br>Affects one or more Affiliated Debtors: ☒<br>　Affiliated Debtor(s): <u>All Affiliated Debtors</u> | Case No: 2:09-31853-ER<br>Chapter 11<br><br>[Jointly Administered with Case Nos.:<br>2:09-31854-ER and 2:09-31855-ER<br>2:10-10853-ER, 2:10-10854-ER, 2:10-10855-ER, 2:10-10856-ER, 2:10-10857-ER, 2:10-10858-ER]<br><br>**EVIDENTIARY OBJECTIONS BY SUSAN L. GUINN TO DECLARATION OF DEREK ANDERSON IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SALE**<br><br>**Hearing**:<br><br>DATE:　　　To Be Set<br>TIME:　　　To Be Set<br>LOCATION:　Courtroom 1568 |

-1-

TO ALL PARTIES AND TO THEIR ATTORNEYS:

Susan L. Guinn, secured creditor herein, objects to the following portions of the Declaration of Derek Anderson in Support of the Motion of Debtor Halcyon Holding Group, LLC for Order Authorizing and Proving (1) Sale of Option Right Free and Clear of All Liens, Claims and Encumbrances and (2) Perpetual Royalty-Free License to Use the Name Halcyon, etc. on the grounds set forth below:

| Objection No. | Portion of Declaration to Which Objection is Made | Grounds for objection | Citation of FRE |
|---|---|---|---|
| 1 | Paragraph 10 | Irrelevant | 401 and 402 |
| 2 | Paragraph 15 | No foundation | 901 and 602 |
| 3 | Paragraph 16 | No foundation | 901 and 602 |
| 4 | Paragraph 17 | No Foundation | 901 and 602 |
| 5 | Second sentence of Paragraph 18 | No Foundation | 901 and 602 |
| 6 | Paragraph 19 | No Foundation | 901 and 602 |

Dated: July 6, 2010

Respectfully Submitted,

_____
Sandor T. Boxer

| In re: T ASSET ACQUISITION COMPANY, LLC; HALCYON HOLDING GROUP, LLC, dba THE HALCYON COMPANY; DOMINION GROUP<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER  2:09-bk-31853 ER |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: LAW OFFICES OF SANDOR T. BOXER, 12400 Wilshire Blvd., Suite 1300, Los Angeles, CA 90025

The foregoing document described **EVIDENTIARY OBJECTIONS BY SUSAN L. GUINN TO DECLARATION OF DEREK ANDERSON IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SALE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ July 6, 2010 _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __July 6, 2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**By California Overnite Express**
Hon. Ernest M. Robles, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1560, Los Angeles, CA 90012

**By U.S. Mail**
Dare Law, Office of the U.S. Trustee, 725 S. Figueroa St. 26th Floor, Los Angeles, CA 90017

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 6, 2010 | Ruth G. Chlebowski | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        F 9013-3.1

# NEF Service List for Case 2:09-bk-31853-ER
## To be Served by the Court via Notice of Electronic Filing ("NEF")

- David E Ahdoot    dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Korin A Avelino    kelliott@ktbslaw.com
- Austin K Barron    abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
- Sandor T Boxer    tedb@tedboxer.com
- Martin J Brill    mjb@lnbrb.com
- Alberto J Campain    acampain@blutlaw.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Marc S Cohen    mcohen@kayescholer.com
- Jon L Dalberg    jdalberg@lgbfirm.com, ncereseto@lgbfirm.com
- Ashleigh A Danker    adanker@kayescholer.com
- Robert K Edmunds    robert.edmunds@bipc.com, timothy.palmer@bipc.com;jacqueline.forjais@bipc.com
- G Larry Engel    lengel@mofo.com
- Wayne S Flick    wayne.s.flick@lw.com, colleen.rico@lw.com
- Scott F Gautier    sgautier@pwkllp.com
- Michael D Good    mgood@southbaylawfirm.com
- Julian I Gurule    jgurule@pwkllp.com, jkeith@pwkllp.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Viviana B Hedrick    vhedrick@lglaw.la, jleader@lglaw.la;ggorham@lglaw.la;epuritsky@lglaw.la;tvu@lglaw.la;mlara@lglaw.la;vlee@lglaw.la
- James Andrew Hinds    jhinds@jhindslaw.com
- Robbin L Itkin    ritkin@steptoe.com
- Louis E Kempinsky    lkempinsky@pwkllp.com
- Joseph A Kohanski    jkohanski@bushquinonez.com, tjimines@bushgottlieb.com
- Dare Law    dare.law@usdoj.gov
- David W Levene    dwl@lnbrb.com
- Richard Levy    rlevy@pryorcashman.com
- James P Menton    jmenton@pwkllp.com
- Monserrat Morales    mmorales@pwkllp.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Katherine C Piper    kpiper@steptoe.com
- Kimberly A Posin    kim.posin@lw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- Debra Riley    driley@allenmatkins.com
- David B Shemano    dshemano@pwkllp.com
- Nathan M Smith    nathan.smith@lw.com
- Adam M Starr    starra@gtlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jason Wallach    jwallach@gladstonemichel.com
- Pamela Kohlman Webster    pwebster@buchalter.com
- Howard J Weg    hweg@pwkllp.com