Howard J. Weg (State Bar No. 91057)
*hweg@pwkllp.com*
James P. Menton, Jr. (State Bar No. 159032)
*sgautier@pwkllp.com*
Monsi Morales (State Bar No. 235520)
*mmorales@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile:  (310) 552-3101

Counsel for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>T ASSET ACQUISITION COMPANY, LLC, *et. al.*,<br><br>Debtors. | Case No.: 2:09-31853-ER<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:09-31854-ER, 2:09-31855-ER, 2:10-10851-ER, 2:10-10852-ER, 2:10-10853-ER, 2:10-10854-ER, 2:10-10855-ER, 2:10-10856-ER, 2:10-10857-ER, 2:10-10858-ER)<br><br>**NOTICE OF HEARING ON MOTION TO (1) RE-IMPOSE AUTOMATIC STAY ON NON-BINDING ARBITRATION WITH SUSAN GUINN, AND (2) ORDER THE PARTIES TO NON-BINDING MEDIATION IN PLACE OF THE NON-BINDING ARBITRATION** |
| **Check One or More as Appropriate:**<br>Affects All Debtors: ☐<br>Affects T Asset Acquisition Company, LLC only: ☒<br>Affects Halcyon Holding Group, LLC only: ☒<br>Affects Dominion Group LLC only: ☐<br>Affects one or more Affiliated Debtors only: ☒<br>  Affiliated Debtor(s): <u>All Affiliated Debtors</u> . | **Hearing:**<br><br>Date: August 12, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 1568<br>  255 E. Temple Street<br>  Los Angeles, CA 90012 |

1

**TO THE HONORABLE ERNEST M. ROBLES, U.S. BANKRUPTCY JUDGE, THE U.S. TRUSTEE, COUNSEL FOR SUSAN L. GUINN, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 12, 2010, at 1:30 p.m., or as soon thereafter as the matter can be heard (the "Hearing"), before the Honorable Ernest M. Robles, United States Bankruptcy Judge, in Courtroom 1568, located at 255 East Temple Street, Los Angeles, California, the Bankruptcy Court will consider the Motion To (1) Re-Impose Automatic Stay On Non-Binding Arbitration With Susan Guinn, And (2) Order The Parties To Non-Binding Mediation In Place of The Non-Binding Arbitration (the "Motion"), filed and served on July 30, 2010 by Halcyon Holding Group, LLC, T Asset Acquisition Company, LLC, Halcyon Music Publishing, LLC, Halcyon Games, LLC, T Salvation Distribution, LLC, T Salvation Distribution (BVI) Ltd., T Asset International (BVI) Ltd., Halcyon International (BVI) Ltd., Halcyon Consumer Products, LLC and T Salvation Productions, LLC (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the Motion and the declarations of Matthew R. Gershman and Patricia Glaser in support of the Motion are on file with the Court and are available upon written or telephonic request to counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Setting Hearing On Motion To (1) Re-Impose Automatic Stay On Non-Binding Arbitration With Susan Guinn, And (2) Order The Parties To Non-Binding Mediation In Place of The Non-Binding Arbitration, entered by the Bankruptcy Court on August 2, 2010, any opposition to the Motion must be filed with the Court and served on counsel for the Debtors, the Office of the United States Trustee, counsel for the Official Committee of Unsecured Creditors and the Court by 5:00 p.m. on August 11, 2010.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(h), failure to present timely a response in accordance with the Local Bankruptcy Rules may be deemed by the Bankruptcy Court to be consent to the granting of the relief requested in the Motion.

Dated: August 3, 2010                    PEITZMAN, WEG & KEMPINSKY LLP

By: /s/ Monsi Morales
Monsi Morales
Counsel for the Debtors and Debtors in Possession

| | |
|---|---|
| In re:  T Asset Acquisition Company, LLC, *et. al.*,<br><br><br>                                                                        Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  2:09-bk-31853-ER<br><br>(Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER, 2:10-10851-ER, 2:10-10852-ER, 2:10-10853-ER, 2:10-10854-ER, 2:10-10855-ER, 2:10-10856-ER, 2:10-10857-ER, 2:10-10858-ER) |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA  90067.**

A true and correct copy of the foregoing document described **Notice of Hearing on Motion to (1) Re-Impose Automatic Stay On Non-Binding Arbitration With Susan Guinn, And (2) Order The Parties To Non-Binding Mediation In Place Of The Non-Binding Arbitration**, will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 3, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David E Ahdoot     dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Korin A Avelino     kelliott@ktbslaw.com
- Austin K Barron      abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
- Sandor T Boxer      tedb@tedboxer.com
- Martin J Brill     mjb@lnbrb.com
- Alberto J Campain     acampain@blutlaw.com
- Leslie A Cohen      leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Marc S Cohen      mcohen@kayescholer.com
- Jon L Dalberg     jdalberg@lgbfirm.com, ncereseto@lgbfirm.com
- Ashleigh A Danker     adanker@kayescholer.com
- Robert K Edmunds      robert.edmunds@bipc.com, timothy.palmer@bipc.com;jacqueline.forjais@bipc.com
- G Larry Engel     lengel@mofo.com
- Wayne S Flick     wayne.s.flick@lw.com, colleen.rico@lw.com
- Scott F Gautier     sgautier@pwkllp.com
- Michael D Good     mgood@southbaylawfirm.com
- Julian I Gurule     jgurule@milbank.com
- Brian T Harvey     bharvey@buchalter.com, IFS_filing@buchalter.com
- Viviana B Hedrick     vhedrick@lglaw.la,
     jleader@lglaw.la;ggorham@lglaw.la;epuritsky@lglaw.la;tvu@lglaw.la;mlara@lglaw.la;vlee@lglaw.la
- James Andrew Hinds     jhinds@jhindslaw.com
- Robbin L Itkin     ritkin@steptoe.com
- Louis E Kempinsky     lkempinsky@pwkllp.com
- Joseph A Kohanski     jkohanski@bushquinonez.com, tjimines@bushgottlieb.com
- Joseph A Kohanski     jkohanski@bushgottlieb.com, tjimines@bushgottlieb.com
- Dare Law     dare.law@usdoj.gov
- David W Levene     dwl@lnbrb.com
- Richard Levy     rlevy@pryorcashman.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                              **F 9013-3.1**

| | |
|---|---|
| In re: T Asset Acquisition Company, LLC, *et. al.*,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:09-bk-31853-ER<br><br>(Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER, 2:10-10851-ER, 2:10-10852-ER, 2:10-10853-ER, 2:10-10854-ER, 2:10-10855-ER, 2:10-10856-ER, 2:10-10857-ER, 2:10-10858-ER) |

- James P Menton    jmenton@pwkllp.com
- Monserrat Morales    mmorales@pwkllp.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Katherine C Piper    kpiper@steptoe.com
- Kimberly A Posin    kim.posin@lw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- Debra Riley    driley@allenmatkins.com
- Paul R Shankman    pshankman@jhindslaw.com
- David B Shemano    dshemano@pwkllp.com
- Nathan M Smith    nathan.smith@lw.com
- Adam M Starr    starra@gtlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jason Wallach    jwallach@gladstonemichel.com
- Pamela Kohlman Webster    pwebster@buchalter.com
- Howard J Weg    hweg@pwkllp.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 3, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Served by Overnight Mail:**
Honorable Ernest M. Robles
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| | |
|---|---|
| In re: T Asset Acquisition Company, LLC, *et. al.*, | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 2:09-bk-31853-ER |
| | (Jointly Administered with Case Nos.: 2:09-31854-ER and 2:09-31855-ER, 2:10-10851-ER, 2:10-10852-ER, 2:10-10853-ER, 2:10-10854-ER, 2:10-10855-ER, 2:10-10856-ER, 2:10-10857-ER, 2:10-10858-ER) |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 3, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*

**Served by Electronic Mail:**
**US Trustee (LA)**
Dare Law – dare.law@usdoj.gov

**Served by Electronic Mail:**
**Counsel for Susan L. Guinn**
Dan Stormer – dstormer@hskrr.com
Ann Richardson – arichardson@hskrr.com
Zoe Yuzna – zyuzna@hskrr.com
Sandor T Boxer – tedb@tedboxer.com

**Served by Electronic Mail:**
**Counsel to Official Committee of Unsecured Creditors**
Martin Brill – mjb@lnbrb.com
Juliet Oh – jyo@lnbrb.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 3, 2010** | **Matthew M. Dryer** | **/s/ Matthew M. Dryer** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**